JS-6

1  Chris M. Heikaus Weaver (SBN 231907)
   Darren J. Campbell (SBN 223088)
2  Aitken Campbell Heikaus Weaver, LLP
   3877 Twelfth Street
3  Riverside, California  92501
   Telephone:  (951) 530-4840
4  Facsimile: (951) 344-1762
   Email:  Chris@achwlaw.com
5
   Attorneys for Plaintiff
6  JESSSIKA GRIFFITH

7  JACKSON LEWIS P.C.
   CAROLYN G. BURNETTE (SBN 191294)
8  DOUGLAS M. EGBERT (SBN 265062)
   801 K Street, Suite 2300
9  Sacramento, California 95814
   Telephone:  (916) 341-0404
10 Facsimile:   (916) 341-0141
   Email: burnettec@jacksonlewis.com
11        egbertd@jacksonlewis.com

12 Attorneys for Defendant
   EDCO GROUP, INC.
13

14                    IN THE UNITED STATES DISTRICT COURT

15           FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| 16  JESSIKA GRIFFITH, an individual, | Case No. 5:13-CV-02211-VAP-DTBx |
| 17          Plaintiff, | |
| 18      v. | **[PROPOSED]** ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| 19  EDCO GROUP, INC., and DOES 1 through 150, inclusive, | |
| 20 | Complaint Filed:    10.25.13<br>Removed:              12.03.13<br>Trial Date:             12.02.14 |
| 21          Defendants. | |

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 5:13-CV-02211-VAP-DTBx, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 13, 2014 _____

*[signature: Virginia A. Phillips]*

United States District Court Judge
Central District of California